

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00345-CV

In the Matter of the **ESTATE OF** Elisa R. **CANTU**, Deceased,

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 1999-PC-0683
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:   July 29, 2009

MOTION TO WITHDRAW APPEAL GRANTED AND APPEAL DISMISSED

On June 17, 2009, we issued a show cause order in this appeal requiring appellant to show cause why the appeal should not be dismissed for lack of jurisdiction; it appeared the trial court's judgment did not dispose of all the issues in the case. In response, appellant filed a motion to withdraw the appeal, stating the trial court's judgment was not a final judgment for purposes of appeal. We therefore grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM